UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ZORIC ZVONKO, on behalf of himself and :
all others similarly situated, *et al.*,

:

*Plaintiffs,*                         :

:

-against-                            :

:

ELI'S BREAD, INC. and ELI ZABAR,      :

:

*Defendants.*            :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/18

**ORDER**

14 Civ. 8105 (PAC)

HONORABLE PAUL A. CROTTY, United States District Judge:

Seventeen Plaintiffs, who were delivery drivers for Defendant Eli's Bread, sued

Defendants for unpaid overtime wages under the Fair Labor Standards Act ("FLSA") and the

New York Labor Law ("NYLL"). (ECF 1, 5–10, 29–33, 36, 48).  Each Plaintiff has now entered

into an independent settlement agreement with Defendants, and all parties jointly request approval

of the settlements. (*See* ECF 123).

On February 14, 2018, the Court heard oral presentation in support of their requests.  Upon

due consideration of the parties' oral argument and Mr. Bauer's submission dated December 14,

2017, the Court determines that each of the seventeen settlements is fair and reasonable; as is the

allowance for attorney's fees. (*See Cheeks v. Freeport Pancake House*, 796 F.3d 199, 203 (2d

Cir. 2015)).  The settlement is approved.  The Court shall retain jurisdiction over the settlement

for the purpose of the enforcement of the payment schedule in each settlement agreement.

The action is resolved without costs to either party.

Dated: New York, New York
       February 15, 2018

SO ORDERED

PAUL A. CROTTY
United States District Judge